OPINION — AG — ** AUTHORITY — JURISDICTION — POLLUTION ** THE OKLAHOMA SCENIC RIVER COMMISSION, CREATED IN FULL COMPLIANCE WITH THE `SCENIC RIVERS ACT', MAY SEEK LEGAL REDRESS TO ABATE THE POLLUTION OF A RIVER OR WATERWAY WITHIN ITS JURISDICTION. (POLLUTION, ABATEMENT, SUE, LEGAL ACTION, NUISANCES, ENVIRONMENT CONTROL) CITE: 25 O.S. 305 [25-305] (OPEN MEETING, BEFORE TAKE LEGAL ACTION), 82 O.S. 1460 [82-1460], 82 O.S. 1461 [82-1461], 82 O.S. 1461 [82-1461](F) (GARY W. GARDENHIRE)